```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

        Plaintiffs,

-against-

MADISON JANE BRESHEARS,

        Defendant.

1:24-cv-03757-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of an email from Defendant sent on October 22, 2024. The Court is docketing the email, attached below, for completeness of the record. The Defendant's deadline to resubmit a Reply with respect to the Motion to Dismiss is **HEREBY EXTENDED** to **November 14, 2024**. Parties are directed to file any further questions or notices to the Court on the docket.

**SO ORDERED.**

Date: October 24, 2024
      New York, NY

                                  *Mary Kay Vyskocil*
                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**

| | |
|---|---|
| **From:** | breshearsmadison@gmail.com |
| **To:** | Vyskocil NYSD Chambers |
| **Cc:** | Pro Se Filing |
| **Subject:** | Urgent: Pro Se Defendant Reply (Button et al., v. Breshears, Case No. 1:24-cv-03757-MKV) |
| **Date:** | Tuesday, October 22, 2024 2:12:14 PM |

**CAUTION - EXTERNAL:**

Your Honor,

I am writing to respectfully request your assistance regarding the status of my Reply in support of my Motion to Dismiss in this matter. As a pro se defendant, I understand the proper channels for communication with the Court. However, due to the significant delay in processing my filing, I felt compelled to reach out directly. On Wednesday, October 9th, I submitted my Reply to the Pro Se Office via the prescribed method. I received a confirmation of receipt email that same day. While I have experienced occasional delays in the past, the current wait of eight business days has become concerning. I am worried that the Court may be unaware of my Reply and proceed with a ruling in its absence. Despite multiple attempts to contact the Pro Se Office, I have been unable to obtain a resolution. I managed to speak with a staff-member briefly on Tuesday, October 15th, who assured me that my filing would be docketed the same day. However, as of today, October 22nd, my Reply still has not been entered into the court record. Since the 15th, I have received no response to my follow-up emails, and my attempts to call have resulted in long waits on hold, only for the line to be disconnected before I have spoken with anyone. I am concerned that my filing may have been overlooked or lost. I intend to continue my efforts to reach the Pro Se Office, but I believe it is important to inform the Court of this situation.

Sincerely,
Madison Breshears, *Pro Se*
718-683-6579

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.