USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR
BUTTON,

Plaintiffs,

-against-

MADISON JANE BRESHEARS,

Defendant.

1:24-cv-03757-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On October 24, 2024, Plaintiffs filed a letter requesting an Order directing the Defendant to cease ex parte communications with Chambers.  [ECF No. 28].  Parties are **DIRECTED** to review this Court's Individual Rules of Practice § 2.

**SO ORDERED.**

Date:  **October 25, 2024**
          **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**