USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

          Plaintiffs,

-against-

MADISON JANE BRESHEARS,

          Defendant.

1:24-cv-03757-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiffs' letter motion requesting an order for Defendant to prove she filed a reply to Plaintiff's Opposition to the pending Motion to Dismiss with the Pro Se Intake Office on October 9, 2024. [ECF No. 33]. Plaintiffs' request is **DENIED**. The parties are admonished to work cooperatively to proceed toward a resolution on the merits and to refrain from filing vexatious motions.

**SO ORDERED.**

Date: November 14, 2024
New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**