**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DUSTY BUTTON and MITCHELL TAYLOR
BUTTON,

                              Plaintiffs,

               -against-                                      24 **CIVIL** 3757 (MKV)

                                                  **<u>JUDGMENT</u>**

MADISON JANE BRESHEARS,

                              Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 26, 2025, each of Plaintiffs' claims is time-barred or otherwise facially deficient as a matter of law, and Defendant's motion to dismiss is GRANTED. The case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        September 30, 2025

                                        **TAMMI M. HELLWIG**
                                 _____
                                        **Clerk of Court**

               **BY:**
                                        _____
                                         **Deputy Clerk**