**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 27, 2025
Docket #: 25-2696
Short Title: Button v. Breshears

DC Docket #: 1:24-cv-3757
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Mary Kay Vyskocil

## NOTICE RE: PENDING MOTION TO PROCEED IN FORMA PAUPERIS

An appeal in the above-referenced case has been docketed in the Court of Appeals. According to the district court docket sheet or other available information, appellant has moved for leave to proceed *in forma pauperis* in district court on October 24, 2025 and that motion is pending. The appeal may not move forward until the motion is determined. Please direct the motion to the appropriate judge for determination. Upon the grant or denial of the motion, please enter the order and transmit it to the Court of Appeals.

Inquiries regarding this case may be directed to 212-857-8551.